# THE WEITZ LAW FIRM, P.A.

**MEMO ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2022
```

August 30, 2022

**VIA CM/ECF**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007-1312

      Re:    Velasquez v. BMZ EV LLC, d/b/a Banh Mi Zon, et al.
             Case 1:22-cv-03726-VEC

Dear Judge Caproni:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for September 9, 2022 at 10:00 a.m., in Your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 8 & D.E. 9]. The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location and to the corporate address in order to facilitate contact from defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

---

The Initial Pre-Trial Conference currently scheduled for September 9, 2022, at 10:00 a.m. is hereby ADJOURNED *sine die*. Defendants' time to answer remains stayed until September 9, 2022.

SO ORDERED.

*[signature]* 08/30/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE