**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2022

UN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,                                    CASE NO: 1:22-cv-03726-VEC

    Plaintiff,

vs.

BMZ EV LLC, a New York limited liability
company, d/b/a BANH MI ZON, and LELDS
ASSOCIATES LLC. a New York limited
liability company,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff, RICARDO VELASQUEZ (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses BMZ EV LLC, a New York limited liability company, d/b/a BANH MI ZON, and LELDS ASSOCIATES LLC, a New York limited liability company, with prejudice in this action.

Dated: This 26th day of December, 2022.

                              Respectfully submitted,

                              By: /S/ B. Bradley Weitz
                                    B. Bradley Weitz, Esq. (BW 9365)
                                    bbw@weitzfirm.com

                              /S/ Robert J. Mirel
                                    Robert J. Mirel, Esq. (RM 2974)
                                    rjm@weitzfirm.com

                                    THE WEITZ LAW FIRM, P.A.
                                    Attorneys for Plaintiff
                                    Bank of America Building
                                    18305 Biscayne Blvd., Suite 214
                                    Aventura, Florida 33160
                                    Telephone: (305) 949-7777
                                    Facsimile: (305) 704-3877

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,   CASE NO: 1:22-cv-03726-VEC

    Plaintiff,

vs.

BMZ EV LLC, a New York limited liability company, d/b/a BANH MI ZON, and LELDS ASSOCIATES LLC. a New York limited liability company,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    bbw@weitzfirm.com

    /S/ Robert J. Mirel
    Robert J. Mirel, Esq. (RM 2974)
    rjm@weitzfirm.com

    THE WEITZ LAW FIRM, P.A.
    Attorneys for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877

**SERVICE LIST**

Velasquez v. BMZ EV LLC, et al.
Case No.: 1:22-cv-03726-VEC
United States District Court, Southern District of New York

Juan C. Gonzalez, Esq.
Rubin Paterniti Gonzalez Rizzo
Kaufman LLP
555 5th Ave, 6th Floor
New York, NY 10017
Telephone: (646) 893-2386
Fax: (646) 809-1622
Email: gonzalez@rpgrklaw.com
Attorney for Defendant Lelds Associates LLC

> The Clerk of Court is respectfully directed to close this case.
>
> SO ORDERED.
>
> *[signature]*  12/27/2022
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE